UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NICHOLAS FITZGERALD, on behalf of himself
and all others similarly situated,

                Plaintiff,

-v.-

GANN LAW BOOKS, INC., GANN LEGAL
EDUCATION FOUNDATION, INC. AND
MICHAEL PROTZEL,

                Defendants.

Civil Action

11-CV-04287 (KM)(MCA)

~~[PROPOSED]~~
SCHEDULING ORDER

IT IS HEREBY STIPULATED and agreed between and among the undersigned counsel of record as follows:

1. Plaintiff shall file and serve his motion for preliminary approval of the class settlement by February 28, 2014;

2. Defendants shall file and serve their opposition, if any, by March 21, 2014; and

3. Plaintiff shall file and serve his reply papers on the motion for preliminary approval of the class settlement by April 11, 2014.

Dated: January 7, 2014

| **BELLIN & ASSOCIATES LLC** | **LITE DEPALMA GREENBERG LLC** |
|---|---|
| /s/ Aytan Y. Bellin<br>Aytan Y. Bellin<br>85 Miles Ave<br>White Plains NY 10606<br>Tel: (914) 358-5345<br>Fax: (212) 571-0284<br><br>*Attorneys for Plaintiff* | /s/ Allyn Z. Lite<br>Allyn Z. Lite<br>Mayra V. Tarantino<br>Two Gateway Center, Suite 1201<br>Newark, New Jersey 07102<br>Tel: (973) 623-3000<br>Fax: (973) 623-0858 |

1

|  | *Attorneys for Defendants* |
|--|--|

SO ORDERED:

_____
Hon. Madeline C. Arleo, U.S.M.J.