UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NICHOLAS FITZGERALD,** on behalf of himself and all others similarly situated**,**<br><br>                              Plaintiff,<br><br>                     -v.-<br><br>**GANN LAW BOOKS, INC., GANN LEGAL EDUCATION FOUNDATION, INC. AND MICHAEL PROTZEL,**<br><br>                              Defendants. | Civil Action<br><br>11-CV-04287 (KM)(MCA) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that pursuant to the Court's May 6, 2014 order, on November 13, 2014, at 10:00 a.m., the undersigned counsel for Plaintiff Nicholas Fitzgerald will move before the Honorable Kevin McNulty, U.S.D.J. at the United States District Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an order: (1) approving the Class Settlement; (2) approving the Class attorneys' application for fees, costs and expenses, and (3) approving an incentive award for Plaintiff.

Dated: New York, New York
           September 18, 2014

                                        Respectfully submitted,

                                        **BELLIN & ASSOCIATES LLC**

                                        By: /s/Aytan Y. Bellin
                                                Aytan Y. Bellin, Esq.
                                        White Plains, NY 10606
                                        Tel: (914) 358-5345
                                        Fax: (212) 571-0284
                                        Aytan.Bellin@bellinlaw.com

1

-and-

**SCHLAM STONE & DOLAN, LLP**
Jeffrey M. Eilender, Esq.
26 Broadway
New York, NY 10004
Tel: (212) 344-5400
Fax: (212) 344-7677
E-Mail: jme@schlamstone.com