| | | | |
|---|---|---|---|
| 9/18/2014 | | Bellin & Associates LLC | |
| 1:10 PM | | Monthly Billing | Page   1 |

| | |
|---|---|
| Nickname | Fitzgerald Gann | Fitzgerald - Ga |
| Full Name | Fitzgerald-Gann |
| Address | |
| Phone 1 | Phone 2 |
| Phone 3 | Phone 4 |
| In Ref To | |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | |
| Last charge | 9/17/2014 |
| Last payment | Amount        $0.00 |

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 5/15/2011 | Aytan Bellin | 400.00 | 0.70 | 280.00 | Billable |
| 12770 | General | | | | |
| | Starting to draft Complaint. | | | | |
| 5/16/2011 | Aytan Bellin | 400.00 | 2.80 | 1,120.00 | Billable |
| 12771 | General | | | | |
| | Continuing to draft Complaint and other opening documents.  E-mails with Nicholas Fitzgerald re the same. | | | | |
| 5/24/2011 | Aytan Bellin | 400.00 | 1.00 | 400.00 | Billable |
| 12785 | General | | | | |
| | Editing complaint | | | | |
| 6/2/2011 | Aytan Bellin | 400.00 | 0.30 | 120.00 | Billable |
| 12798 | General | | | | |
| | Working on case | | | | |
| 7/20/2011 | Aytan Bellin | 400.00 | 1.00 | 400.00 | Billable |
| 12866 | General | | | | |
| | Researching issue of Statute of limitations, tolling, bringing class action case in Federal court first | | | | |
| 7/21/2011 | Aytan Bellin | 400.00 | 0.80 | 320.00 | Billable |
| 12870 | General | | | | |
| | Working on case | | | | |
| 7/28/2011 | Aytan Bellin | 400.00 | 0.60 | 240.00 | Billable |
| 12880 | General | | | | |
| | Putting together documents and sending them to process server with e-mail. | | | | |
| 8/5/2011 | Aytan Bellin | 400.00 | 3.00 | 1,200.00 | Billable |
| 12890 | General | | | | |
| | Researching issues of timing of service of answer and standards for motion for voluntary dismissal.  Drafting detailed e-mail regarding voluntary dismissal. | | | | |
| 8/7/2011 | Aytan Bellin | 400.00 | 1.40 | 560.00 | Billable |
| 12893 | General | | | | |
| | Editing letter to the Court re the notice of dismissal filed by Fitzgerald. | | | | |
| 8/9/2011 | Aytan Bellin | 400.00 | 2.10 | 840.00 | Billable |
| 12896 | General | | | | |
| | Reviewing e-mail from Allyn Lite re Defendants refusal to adjourn or stay and insistence on moving forward with the motion to dismiss.  Researching writ of prohibition.  Editing letter to Judge Sarkisian re this matter. | | | | |

| 9/18/2014 | Bellin & Associates LLC | |
|---|---|---|
| 1:10 PM | Monthly Billing | Page    2 |

Fitzgerald Gann:Fitzgerald-Gann (continued)

| Date ID | Timekeeper Task | Rate Markup% | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/11/2011 12900 | Aytan Bellin General Working on case | 400.00 | 1.20 | 480.00 | Billable |
| 8/12/2011 12901 | Aytan Bellin General Reviewing Motion to dismiss papers in Gann and reviewing Bagel Munch opinion. | 400.00 | 2.80 | 1,120.00 | Billable |
| 8/14/2011 12905 | Aytan Bellin General Working on opposition motion to dismiss | 400.00 | 6.30 | 2,520.00 | Billable |
| 9/1/2011 12919 | Aytan Bellin General Working on case | 400.00 | 1.50 | 600.00 | Billable |
| 9/6/2011 12921 | Aytan Bellin General Reviewing Defendants' Federal Court Answer and corporate disclosure statements. Drafting e-mails to Jeff Eilender and David Abrams re the same.  Drafting e-mail to Allyn Lite re setting up a telephonic Rule 26(f) conference. | 400.00 | 0.60 | 240.00 | Billable |
| 9/8/2011 12925 | Aytan Bellin General Researching Rule 26(f) issues | 400.00 | 1.40 | 560.00 | Billable |
| 9/9/2011 12926 | Aytan Bellin General Continuing research on Rule 26(f) issue.  Reviewing e-mail from Allyn Lite re Rule 26(f) conference.  Drafting letter to Judge Schwartz re Defendants' refusal to participate in a Rule 26(f) conference until the Court schedules a Rule 16 conference. | 400.00 | 1.20 | 480.00 | Billable |
| 9/14/2011 13266 | Anne Harnes Telephone Telephone conversation with AYB; review Complaint; begin drafting discovery, | 300.00 | 2.00 | 600.00 | Billable |
| 9/15/2011 13267 | Anne Harnes Drafted Drafted discovery and send to AYB. | 300.00 | 1.50 | 450.00 | Billable |
| 9/16/2011 12935 | Aytan Bellin General Reviewing initial disclosures drafted by David Abrams.  Discussing the same with David Abrams. | 400.00 | 0.80 | 320.00 | Billable |
| 9/21/2011 12942 | Aytan Bellin General Reviewing motion by Defendants in NJ state court for re-argument and drafting list of arguments to be made in response. | 400.00 | 0.70 | 280.00 | Billable |
| 9/22/2011 12943 | Aytan Bellin Discovery preparations Reviewing Defendants' brief for re-argument in detail. | 400.00 | 0.30 | 120.00 | Billable |

9/18/2014　　　　　　　　　　　　　　　　Bellin & Associates LLC
1:10 PM　　　　　　　　　　　　　　　　　　　　Monthly Billing　　　　　　　　　　　　　　　　　　　Page　　3

Fitzgerald Gann:Fitzgerald-Gann (continued)

| Date / ID | Timekeeper / Task | Rate / Markup % | Hours / DNB Time | Amount / DNB Amt | Total |
|---|---|---|---|---|---|
| 9/23/2011　12952 | Aytan Bellin　General　Making additional list of arguments for papers opposing reconsideration. Telephone conference with David Abrams re the same. | 400.00 | 0.20 | 80.00 | Billable |
| 9/24/2011　12954 | Aytan Bellin　General　Reviewing brief and certifications of defendant in support of their motion to dismiss. Researching exceptions under 1332(d)(4). | 400.00 | 2.30 | 920.00 | Billable |
| 9/25/2011　12955 | Aytan Bellin　General　Drafting preliminary statement, statement of facts and part of first point on 28 USC 1332 in memorandum of law in opposition to Defendants' motion to dismiss. | 400.00 | 4.50 | 1,800.00 | Billable |
| 9/26/2011　12956 | Aytan Bellin　General　Continuing to draft point on local controversy and home state exceptions in CAFA.. Discussing Defendants' motion for re-argument in state court with David Abrams. | 400.00 | 4.20 | 1,680.00 | Billable |
| 9/27/2011　12960 | Aytan Bellin　General　Working on subsections A, B and C of Point I of Plaintiff's memorandum of law in opposition to defendants' motion to dismiss | 400.00 | 4.70 | 1,880.00 | Billable |
| 9/27/2011　13280 | Anne Harnes　Telephone　Telephone conversation with AYB re: joint discovery plan; review Court Order; review sample discovery plan; begin drafting discovery plan. | 300.00 | 2.50 | 750.00 | Billable |
| 9/28/2011　12961 | Aytan Bellin　General　Finishing first draft of opposition to Motion to dismiss | 400.00 | 4.30 | 1,720.00 | Billable |
| 9/28/2011　13281 | Anne Harnes　Email to　Email to AYB re: questions to finish discovery plan. | 300.00 | 0.20 | 60.00 | Billable |
| 10/1/2011　12964 | Aytan Bellin　General　Reviewing edits to motion to dismiss by David Abrams. Making additional edits to the opposition brief. | 400.00 | 1.50 | 600.00 | Billable |
| 10/2/2011　12963 | Aytan Bellin　General　Final edits to opposition to motion to dismiss. | 400.00 | 0.50 | 200.00 | Billable |
| 10/3/2011　13215 | Anne Harnes　Drafted　Finish joint discovery plan; email AYB with questions; revise and send final draft to AYB. | 300.00 | 1.50 | 450.00 | Billable |
| 10/4/2011　12970 | Aytan Bellin　General　Working on case | 400.00 | 0.70 | 280.00 | Billable |

| 9/18/2014 | Bellin & Associates LLC | |
|---|---|---|
| 1:10 PM | Monthly Billing | Page     4 |

Fitzgerald Gann:Fitzgerald-Gann (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/6/2011<br>12973 | Aytan Bellin<br>General<br>Editing proposed joint discovery plan. Drafting e-mail to Mayra Tarantino and Allyn<br>Lite re the same. | 400.00 | 0.50 | 200.00 | Billable |
| 10/7/2011<br>12975 | Aytan Bellin<br>General<br>Editing state court brief in opposition to motion for reconsideration. | 400.00 | 0.50 | 200.00 | Billable |
| 10/16/2011<br>12984 | Aytan Bellin<br>General<br>Reviewing Defendants' reply memorandum of law and supplemental affidavit.<br>Researching Rule 60(b) standards. | 400.00 | 2.80 | 1,120.00 | Billable |
| 10/17/2011<br>12988 | Aytan Bellin<br>No Activity<br>Working on case | 400.00 | 1.20 | 480.00 | Billable |
| 11/3/2011<br>13106 | Aytan Bellin<br>General<br>Preparing for Oral Argument - reviewing all papers | 400.00 | 1.30 | 520.00 | Billable |
| 11/4/2011<br>13108 | Aytan Bellin<br>General<br>Oral argument on Defendant's motion for re-argument on the denial of its motion its<br>to dismiss with prejudice, denial of its request for attorney's fees and granting of<br>dismissal without prejudice. Trabel to and from Court. | 400.00 | 3.50 | 1,400.00 | Billable |
| 11/9/2011<br>13123 | Aytan Bellin<br>General<br>Reviewing information to be placed in subpoena's for Gann's telephone records.<br>Drafting e-mail to David Abrams re the same. | 400.00 | 0.30 | 120.00 | Billable |
| 11/16/2011<br>13141 | Aytan Bellin<br>No Activity<br>Speaking to David Abrams regarding the sur-reply brief to the motion to dismiss. | 400.00 | 0.30 | 120.00 | Billable |
| 11/17/2011<br>13144 | Aytan Bellin<br>General<br>Reviewing draft of sur-reply brief and editing the same. Researching the use of<br>hearsay in 12(b)(1) motions. | 400.00 | 1.50 | 600.00 | Billable |
| 11/18/2011<br>13146 | Aytan Bellin<br>General<br>Final review of sur-reply brief. Submission via ECF. | 400.00 | 0.30 | 120.00 | Billable |
| 11/21/2011<br>13150 | Aytan Bellin<br>General<br>Working on case | 400.00 | 1.70 | 680.00 | Billable |
| 11/23/2011<br>13153 | Aytan Bellin<br>General<br>Reviewing appeal papers received from Gann. E-mails to David Abrams. | 400.00 | 0.50 | 200.00 | Billable |

9/18/2014                          Bellin & Associates LLC
1:10 PM                             Monthly Billing                           Page   5

Fitzgerald Gann:Fitzgerald-Gann (continued)

| Date ID | Timekeeper / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/1/2011 13170 | Aytan Bellin<br>General<br>Subpoena on Verizon for telephone records. | 400.00 | 0.60 | 240.00 | Billable |
| 12/2/2011 13173 | Aytan Bellin<br>General<br>Reviewing e-mail from counsel for Verizon and drafting responses. Speaking to Neil Schmidt of Verizon re subpoena to Verizon. | 400.00 | 0.50 | 200.00 | Billable |
| 12/14/2011 13193 | Aytan Bellin<br>General<br>Speaking with Mayra Tarantino re Cablevision consent to produce records. | 400.00 | 0.20 | 80.00 | Billable |
| 12/28/2011 13207 | Aytan Bellin<br>General<br>Reviewing Gann Appeal Papers. Reviewing Gann letter to the Court dated 12/28/2011. Researching appeals of Magistrate Judge's orders. | 400.00 | 2.10 | 840.00 | Billable |
| 12/29/2011 13208 | Aytan Bellin<br>General<br>Drafting letter response to Defendants' Letter to Judge Hochberg requesting a stay until motion to dismiss decided. | 400.00 | 5.00 | 2,000.00 | Billable |
| 12/30/2011 13210 | Aytan Bellin<br>General<br>Finishing Letter in Opposition to Defendants' request to extend stay. | 400.00 | 1.50 | 600.00 | Billable |
| 1/3/2012 13378 | Aytan Bellin<br>General<br>Final review and edits to first set of discovery requests to Gann Legal, Gann Education and Protzel.  E-mails to Jeff Eilender, David Abrams re the same; Email to Alan Lyte and Mayra Tarantino re the same | 400.00 | 1.30 | 520.00 | Billable |
| 1/11/2012 13393 | Aytan Bellin<br>No Activity<br>Editing letter in opposition to Gann's Motion to expedite appeal in state court. | 400.00 | 1.90 | 760.00 | Billable |
| 1/19/2012 13407 | Aytan Bellin<br>No Activity<br>Reviewing and editing letter to the New Jersey appellate division concerning Mims. | 400.00 | 0.20 | 80.00 | Billable |
| 1/20/2012 13409 | Aytan Bellin<br>General<br>Drafting letter to Judge Hochberg re the Supreme Court's decision in Mims. | 400.00 | 1.60 | 640.00 | Billable |
| 1/23/2012 13416 | Aytan Bellin<br>General<br>Reviewing January 23, 2012 letter from Allyn Lite to Appellate Division clerk. | 400.00 | 0.20 | 80.00 | Billable |
| 2/8/2012 13628 | Aytan Bellin<br>General<br>Reviewing new letter to the court from Gann re Mims. Researching concurrent jurisdiction over cases in federal and state courts. | 400.00 | 1.10 | 440.00 | Billable |

| | | | | | |
|---|---|---|---|---|---|
| 9/18/2014 | | Bellin & Associates LLC | | | |
| 1:10 PM | | Monthly Billing | | | Page    6 |

Fitzgerald Gann:Fitzgerald-Gann (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/13/2012 13636 | Aytan Bellin No Activity Working on letter to the Court in response to Defendants' February 8, 2012 letter concerning Mims, Landsman and the whether the stay of discovery should be lifted. | 400.00 | 3.00 | 1,200.00 | Billable |
| 3/1/2012 13662 | Aytan Bellin General Working on case | 400.00 | 0.60 | 240.00 | Billable |
| 3/2/2012 13597 | Aytan Bellin General Editing Appellate Division respondent's brief. | 400.00 | 1.80 | 720.00 | Billable |
| 3/4/2012 13598 | Aytan Bellin General Continuing to work on Appellate Division Case | 400.00 | 4.00 | 1,600.00 | Billable |
| 4/24/2012 13777 | Aytan Bellin General Researching consolidation of cases.  Discussing motion to consolidate with Alan Lite. | 400.00 | 1.30 | 520.00 | Billable |
| 5/3/2012 13858 | Aytan Bellin General Drafting e-mail to Alan Lite re motion to dismiss and consolidation for issue remanded by District Court; Reviewing letter from Allyn Lite to Judge Simandle. Reviewing cases on motions to consolidate and local rule on motions to consolidate. Drafting e-mail to Allyn Lite re the same. | 400.00 | 1.20 | 480.00 | Billable |
| 5/8/2012 13866 | Aytan Bellin General Preparing for oral argument in State Court appeal of Gann dismissal. | 400.00 | 3.70 | 1,480.00 | Billable |
| 5/9/2012 13867 | Aytan Bellin General Oral Argument in NJ Appellate Division on dismissal of the state case without prejudice.  Travel to and from the Appellate Division. | 400.00 | 6.00 | 2,400.00 | Billable |
| 8/8/2012 14053 | Aytan Bellin General Working on brief in opposition to motion to dismiss class action claims. | 400.00 | 4.00 | 1,600.00 | Billable |
| 8/9/2012 14057 | Aytan Bellin Lease Finishing opposition brief and declaration. | 400.00 | 3.50 | 1,400.00 | Billable |
| 1/24/2013 14430 | Aytan Bellin General Working on case | 400.00 | 8.50 | 3,400.00 | Billable |
| 2/7/2013 14453 | Aytan Bellin General Editing letter to Judge McNulty  concerning new 6th circuit ruling. | 400.00 | 0.30 | 120.00 | Billable |

| | | | | | |
|---|---|---|---|---|---|
| 9/18/2014 | | Bellin & Associates LLC | | | |
| 1:10 PM | | Monthly Billing | | | Page 7 |

Fitzgerald Gann:Fitzgerald-Gann (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/24/2013 14472 | Aytan Bellin General Writing letter to the Court re Gann's February 22, 2013 letter to the Court. | 400.00 | 0.30 | 120.00 | Billable |
| 2/25/2013 14474 | Aytan Bellin General Researching use of the phrase "any time before" and day before. Reviewing petition for certification to the Supreme Court of NJ. | 400.00 | 1.20 | 480.00 | Billable |
| 2/26/2013 14477 | Aytan Bellin General Discussing Defendant's motion for certification to NJ Supreme Court. | 400.00 | 0.50 | 200.00 | Billable |
| 3/5/2013 14492 | Aytan Bellin Faxed Editing opposition to motion for certification to NJ Supreme Court. | 400.00 | 2.90 | 1,160.00 | Billable |
| 3/6/2013 14495 | Aytan Bellin General Edits to second draft of opposition to motion for certification. | 400.00 | 1.00 | 400.00 | Billable |
| 3/31/2013 14537 | Aytan Bellin General Working on case | 400.00 | 0.90 | 360.00 | Billable |
| 4/8/2013 14544 | Aytan Bellin General Reviewing Defendants' reply brief on motion to stay. | 400.00 | 0.20 | 80.00 | Billable |
| 4/17/2013 14564 | Aytan Bellin General Drafting first draft of Memo of law in support of Motion fro class certification | 400.00 | 0.40 | 160.00 | Billable |
| 4/18/2013 14565 | Aytan Bellin Motions Drafting Memorandum of Law in Support of Motion for Class Certification. | 400.00 | 3.00 | 1,200.00 | Billable |
| 4/29/2013 14580 | Aytan Bellin General Working on case | 400.00 | 1.70 | 680.00 | Billable |
| 5/9/2013 14615 | Aytan Bellin General Drafting letter to the Court re decision of the Third Circuit denying permission to file interlocutory appeal in Bais Yaakov v. Peterson's Nelnet. | 400.00 | 0.60 | 240.00 | Billable |
| 7/19/2013 14771 | Aytan Bellin General Researching issue in NJ of insurers liability if it fails to defend a claim if there is a failure to defend. Discussing the issues with Raffi Melkonian. Researching NJ choice of law rules regarding insurance contracts. | 400.00 | 2.80 | 1,120.00 | Billable |
| 7/31/2013 14789 | Aytan Bellin General Speaking to Alan Lyte and Jeff re Settlement of the Case. | 400.00 | 0.50 | 200.00 | Billable |

| | | | | | |
|---|---|---|---|---|---|
| 9/18/2014 | | Bellin & Associates LLC | | | |
| 1:10 PM | | Monthly Billing | | Page | 8 |

Fitzgerald Gann:Fitzgerald-Gann (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 9/9/2013 15727 | Anne Harnes Drafted Drafted 26(f) report; research case; speak with AYB several times and email. | 300.00 | 2.00 | 600.00 | Billable |
| 9/10/2013 14847 | Aytan Bellin General Working on Motion for class certification. | 400.00 | 3.70 | 1,480.00 | Billable |
| 9/11/2013 15731 | Anne Harnes Email to Email exchange with other side; send second 26(f) report to other side; draft letter to Arleo; revise letter; speak with AYB. | 300.00 | 2.00 | 600.00 | Billable |
| 9/12/2013 14857 | Aytan Bellin General Working on the case. | 400.00 | 0.20 | 80.00 | Billable |
| 9/17/2013 14859 | Aytan Bellin General Attendance and travel to and from conference with MJ Arleo. | 400.00 | 3.50 | 1,400.00 | Billable |
| 10/25/2013 14939 | Aytan Bellin General Working on case | 400.00 | 2.60 | 1,040.00 | Billable |
| 12/9/2013 14999 | Aytan Bellin General Editing draft settlement agreement for Mediation in Fitzgerald v. Gann. | 400.00 | 1.50 | 600.00 | Billable |
| 12/19/2013 15015 | Aytan Bellin General Attended and participated in Second Day of mediation on the case. Performed legal research of class settlements and attorney's fees. | 400.00 | 10.00 | 4,000.00 | Billable |
| 12/19/2013 15016 | Aytan Bellin General Editing letter to Judge Corodemus.  Discussing case and strategy with Jeff Eilender.  Researching percentage method, loadstar and multipliers in the Third Circuit and sending Andrew Harris e-mail regarding further research of the same. | 400.00 | 3.10 | 1,240.00 | Billable |
| 1/7/2014 15037 | Aytan Bellin General Conference call with other side and MJ Arleo on the case. | 400.00 | 0.70 | 280.00 | Billable |
| 1/28/2014 15072 | Aytan Bellin General Reviewing draft of Settlement Agreement.  Discussing same with Andrew Harris. Discussing other aspects of motion for preliminary approval of class settlement. | 400.00 | 1.00 | 400.00 | Billable |
| 2/26/2014 15100 | Aytan Bellin General Reviewing draft of Brief in support of Preliminary Approval. | 400.00 | 0.60 | 240.00 | Billable |
| 3/4/2014 15114 | Aytan Bellin General Discussing motion for preliminary approval with Andrew Harris. | 400.00 | 0.50 | 200.00 | Billable |

| 9/18/2014 | Bellin & Associates LLC | |
|---|---|---:|
| 1:10 PM | Monthly Billing | Page    9 |

Fitzgerald Gann:Fitzgerald-Gann (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---:|---:|---:|---:|
| 3/5/2014 15115 | Aytan Bellin General | 400.00 | 0.50 | 200.00 | Billable |
| | Editing Settlement Agreement Drafting emails to Jeff Eilender and Alan Lyte re the same. Drafting e-mail to Andrew Harris about work in state court in FItzgerald v. Gann. | | | | |
| 3/7/2014 15125 | Aytan Bellin General | 400.00 | 2.70 | 1,080.00 | Billable |
| | Editing draft of memo of law in support of motion for preliminary approval. Drafting e-mail to Andrew Harris with edits as well as other instructions on how to get this motion completed. | | | | |
| 3/10/2014 15129 | Aytan Bellin General | 400.00 | 1.20 | 480.00 | Billable |
| | Editing current draft of motion for preliminary approval. | | | | |
| 3/11/2014 15130 | Aytan Bellin General | 400.00 | 2.30 | 920.00 | Billable |
| | Continuing to edit brief in support of preliminary approval. Drafted e-mails to Jeff Eilender, Andrew Harris and Allyn Lite re the same. Editing various declarations. | | | | |
| 4/28/2014 15196 | Aytan Bellin General | 400.00 | 1.00 | 400.00 | Billable |
| | Reviewing Court's order preliminarily approving settlement agreement. Sending e-mails to Jeff Eilender, Steve Tilghman, Alan Lite re moving forward. | | | | |
| 5/7/2014 15218 | Aytan Bellin General | 400.00 | 0.50 | 200.00 | Billable |
| | Reviewing edited Settlement documents provided by Defendants. | | | | |
| 9/15/2014 16048 | Aytan Bellin General | 400.00 | 0.20 | 80.00 | Billable |
| | Editing report to the court. | | | | |
| 9/16/2014 16052 | Aytan Bellin General | 400.00 | 0.10 | 40.00 | Billable |
| | Drafting e-mail to Andrew Harris re status of motion for final approval of class settlement. | | | | |
| 9/17/2014 16053 | Aytan Bellin General | 400.00 | 0.20 | 80.00 | Billable |
| | Responding to e-mail from Andrew Harris re motion for final approval. | | | | |
| 9/17/2014 16055 | Aytan Bellin General | 400.00 | 0.50 | 200.00 | Billable |
| | Editing Final Approval Motion. | | | | |
| TOTAL | Billable Fees | | 186.20 | | $73,310.00 |

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---:|---:|---:|---:|
| 5/25/2011 13527 | Aytan Bellin FedEx FedEx | 15.26 | 1.000 | 15.26 | Billable |

| | | | | |
|---|---|---|---|---|
| 9/18/2014 | | Bellin & Associates LLC | | |
| 1:10 PM | | Monthly Billing | | Page 10 |

Fitzgerald Gann:Fitzgerald-Gann (continued)

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 6/6/2011 13530 | Aytan Bellin FedEx FedEx | 15.39 | 1.000 | 15.39 | Billable |
| 9/9/2011 13562 | Aytan Bellin FedEx FedEx | 19.88 | 1.000 | 19.88 | Billable |
| 9/9/2011 13563 | Aytan Bellin FedEx FedEx | 23.05 | 1.000 | 23.05 | Billable |
| 12/12/2011 13771 | Aytan Bellin Miscellaneous Guaranteed Subpoena | 79.95 | 1.000 | 79.95 | Billable |
| 1/11/2012 13587 | Aytan Bellin FedEx FedEx | 15.67 | 1.000 | 15.67 | Billable |

| TOTAL | Billable Costs | | $169.20 |
|---|---|---|---|

| | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) | | $73,310.00 |
| Total of Costs (Expense Charges) | | $169.20 |
| Total new charges | | $73,479.20 |
| New Balance Current | $73,479.20 | |
| Total New Balance | | $73,479.20 |