Nicholas Fitzgerald
Junk Fax

September 18, 2014                                                         Invoice #      34738

**FOR PROFESSIONAL SERVICES RENDERED** in connection with:
SS&D/Junk Fax-Gann Law Books and Michael Protzel

|  | **Hours** | **Amount** |
|---|---|---|
| **For Professional Services Rendered** | 413.00 | $137,478.50 |
| **Total Disbursements & Other Charges** |  | $15,429.99 |
| **Total Amount Due** |  | $152,908.49 |
| **Total Amount Due** |  | **$152,908.49** |

Nicholas Fitzgerald                September 18, 2014                     Invoice #    34738

**In Reference To:**   SS&D/Junk Fax-Gann Law Books and Michael Protzel

Professional Services

|  |  |  | Hours |
|---|---|---|---:|
| 6/3/2011 | CB | Pro hac vice motion for J Eilender and D Abrams | 2.60 |
| 6/6/2011 | CB | *Pro hac vice* certifications for D. Abrams and J. Eilender | 2.70 |
|  | DGA | Research and draft pro hac vice motions | 1.20 |
| 7/20/2011 | JHH | Serving documents; Coordinating for documents to be filed in NJ Superior Court | 1.60 |
| 8/2/2011 | ACH | Scan documents. | 0.20 |
| 8/5/2011 | DGA | Draft letter to Superior Court judge re: voluntary dismissal; research re: same | 1.90 |
|  | JHH | Communication with LegalEase re: filing in Hudson County Superior Court | 0.40 |
| 8/8/2011 | ACH | Scan document. | 0.10 |
|  | LM | Delivered correspondence to judge in Jersey City | 1.50 |
| 8/9/2011 | DGA | Draft letter to court req. extension of time based on vol. dismissal. T/c w/ A. Bellin re: same | 2.10 |
|  | JME | T/cs with Aytan | 0.50 |
| 8/11/2011 | DGA | Draft motion to dismiss | 7.60 |
|  | NDO | Edits to MTD brief, discussions with David Abrams, JME | 1.50 |
| 8/12/2011 | DGA | Draft motion to dismiss; corr: w/ AB re: same | 6.20 |
|  | JHH | Making copies and binding documents | 0.50 |
|  | NDO | Discussions with David Abrams | 0.50 |
| 8/14/2011 | DGA | Revise motion to dismiss; corr: w/ AB re: same | 3.10 |
| 8/15/2011 | DGA | Review motion to dismiss and arrange for filing of same; corr: w/ AB re: same | 4.40 |
|  | JHS | Call to court, mailings, pdfs, copies | 2.50 |
|  | LM | Document production/binding. | 0.80 |
|  | NDO | Discussions with David Abrams; motion for voluntary dismissal | 0.50 |
| 8/22/2011 | NDO | Discussions re voluntary dismissal motion | 0.30 |
| 8/23/2011 | DGA | Review Defendants' reply papers; review case law; draft memo for oral argument | 2.30 |

Nicholas Fitzgerald                                                                                       Page    2

|              |     |                                                                                                                    | Hours |
|--------------|-----|--------------------------------------------------------------------------------------------------------------------|-------|
| 8/26/2011    | JHS | Prepared mailings via fed ex, produced copies of documents                                                         | 2.00  |
| 9/6/2011     | DGA | Review Superior Court order, arrange for service on parties                                                        | 0.40  |
|              | JHS | court transcript request; called court; filled out form for DA                                                     | 0.70  |
|              | LM  | Organize and mail documents.                                                                                       | 0.70  |
| 9/8/2011     | JHS | research and calls to court for DA, check request, fed ex check for court for transcript payment                   | 1.00  |
| 9/13/2011    | DGA | Review/revise pro hac vice motions; arrange for filing of same                                                     | 0.30  |
| 9/14/2011    | DGA | Draft rule 26 disclosures                                                                                          | 0.80  |
|              | JHS | research for DA                                                                                                    | 0.60  |
| 9/15/2011    | JHS | research for DA re: payment of checks                                                                              | 0.60  |
| 9/19/2011    | DGA | Review/revise pro hac vice motions per conversation with AB                                                        | 0.70  |
| 9/21/2011    | DGA | Review motion for reconsideration; corr. w/ AB and JME re: same                                                    | 0.80  |
| 9/23/2011    | DGA | T/c w/ AB re: motion for reconsideration; research re: same                                                        | 0.70  |
|              | JHS | research for DA regarding JME's good standing at all his admitted courts; compiled list for DA; researched regarding e-filing; drafted letter for DA | 2.50  |
| 9/24/2011    | DGA | Research and draft opposition to motion for reconsideration                                                        | 7.10  |
| 9/25/2011    | DGA | Research and draft opposition to motion for reconsideration                                                        | 5.80  |
| 9/26/2011    | DGA | Finalize draft of opposition to reconsideration motion; t/c w/ AB re: same                                         | 2.90  |
|              | JHS | prepared and sent letter to court for DA                                                                           | 1.50  |
| 9/30/2011    | DGA | Review and edit opposition to MTD federal action; corr. w/ AB re: same                                             | 1.20  |
| 10/2/2011    | DGA | Review and edit opposition to MTD federal action; corr. w/ AB re: same                                             | 0.80  |
| 10/3/2011    | DGA | Finalize opposition to MTD; arrange for filing/delivery of courtesy copies; corr. and t/c w/ AB re: same           | 1.60  |
|              | JHH | Sending letter via FedEx with enclosures                                                                           | 0.30  |
| 10/7/2011    | JHH | Conversation with DGA regarding copy job                                                                           | 0.10  |
| 10/10/2011   | JHH | Copying and binding documents                                                                                      | 0.90  |
| 10/12/2011   | DGA | Finalize brief; arrange for service and filing of Opposition Motion; revise letter to court re: adjournment request; review papers | 1.80  |

Nicholas Fitzgerald                                                                                     Page    3

|  |  |  | Hours |
|---|---|---|---|
| 10/16/2011 | DGA | Review reply brief; research re: sur-reply | 2.10 |
| 10/17/2011 | DGA | Draft letter re: sur-reply; review reply submissions; t.c w/ A. Bellin re: same | 3.80 |
| 11/3/2011 | DGA | T/c w/ AB re: oral argument; preparation for same | 0.30 |
| 11/4/2011 | DGA | T/c w/ A. Bellin re: hearing; arrange for delivery of transcript; review correspondence | 0.40 |
| 11/7/2011 | JHS | filed out and faxed court transcript request | 0.30 |
| 11/14/2011 | JHS | Converted transcript to PDF for DGA; called court for court reporter's tax ID # | 0.30 |
| 11/15/2011 | DGA | Draft sur-reply w/r/t Fed. MTD | 2.80 |
| 11/16/2011 | DGA | Draft sur-reply w/r/t Fed. MTD | 1.90 |
| 11/18/2011 | DGA | Finalize sur-reply; arrange for filing/courtesy copies | 1.20 |
| 11/22/2011 | DGA | Draft subpoena demands | 1.20 |
| 11/23/2011 | DGA | Review CAFA jurisdictional case law; research NJ appellate procedures | 1.90 |
| 12/1/2011 | DGA | Finalize and serve AT&T subpoena; t/c w/ Cablevision re: subpoena; research re: Cable Act; corr. w/ A. Bellin and M. Tarantino re: same; draft letter re: Cable Act | 2.40 |
| 12/14/2011 | DGA | Corr and T/C w/ A. Bellin re: Cablevision subpoena request | 0.30 |
| 12/15/2011 | DGA | Draft Cablevision consent letter and cover letter to Court; corr. w/ AB re: same. | 0.90 |
| 12/30/2011 | DGA | Review correspondence; t/c w/ A. Bellin re: same; research re: appeal; edit discovery demands | 1.90 |
| 1/3/2012 | DGA | Review correspondence; t/c w/ A. Bellin; t/c w/ App. Div. re: opposition to expedited appeal; research re: same | 0.60 |
| 1/8/2012 | DGA | Draft opposition to motion for expedited appeal | 4.80 |
| 1/9/2012 | DGA | Revise opposition to motion for expedited appeal | 1.70 |
| 1/10/2012 | DGA | Finalize opposition to motion for expedited appeal | 4.40 |
| 1/19/2012 | DGA | Draft and deliver letter to court re *Mims* decision; review decision | 2.70 |
| 1/26/2012 | DGA | Review Gann appeal; research re: same | 1.60 |
| 2/6/2012 | DGA | Draft opposition to appeal/research re: Same | 2.90 |
| 2/8/2012 | DGA | Continue to draft opposition to appeal/research | 2.90 |
| 2/9/2012 | DGA | Continue to draft opposition to appeal/research | 1.30 |

Nicholas Fitzgerald                                                                                           Page    4

|            |     |                                                                                                                   | Hours |
|------------|-----|-------------------------------------------------------------------------------------------------------------------|-------|
| 2/10/2012  | DGA | Continue to draft opposition to appeal/research; respond to correspondence re: federal action                     | 1.60  |
| 2/13/2012  | DGA | Continue to draft opposition to appeal/research                                                                   | 5.80  |
| 2/14/2012  | DGA | Continue to draft opposition to appeal/research                                                                   | 6.40  |
| 2/15/2012  | DGA | Continue to draft opposition to appeal/research                                                                   | 2.90  |
| 2/16/2012  | DGA | Continue to draft opposition to appeal/research                                                                   | 1.20  |
| 2/17/2012  | DGA | Draft letters to third-parties re: subpoenas; research re: state court appeal                                     | 1.80  |
|            | LM  | Collected, prepared, and faxed documents.                                                                         | 2.00  |
| 2/18/2012  | DGA | Continue to draft opposition to appeal/research                                                                   | 0.90  |
| 2/20/2012  | DGA | Continue to draft opposition to appeal/research                                                                   | 1.90  |
| 2/21/2012  | DGA | Continue to draft opposition to appeal/research                                                                   | 4.10  |
| 2/22/2012  | DGA | Continue to draft opposition to appeal/research; call w/ A. Bellin re; same                                       | 0.80  |
| 2/25/2012  | DGA | Revise/draft opposition to appeal/research                                                                        | 4.80  |
| 2/26/2012  | DGA | Revise/draft opposition to appeal/research                                                                        | 4.10  |
| 2/27/2012  | DGA | Revise/draft opposition to appeal/research; t/c w/ AB re: case status; review recent FCC brief re: statute        | 8.40  |
| 2/28/2012  | DGA | Finalize draft of brief; corr. w/ AB re: same                                                                     | 3.80  |
| 3/1/2012   | DGA | Revise brief per discussion with AB                                                                               | 4.00  |
|            | PIW | Document editing                                                                                                  | 0.90  |
| 3/2/2012   | DGA | Continue to revise brief per discussion with AB; prepare appendix                                                 | 5.20  |
|            | PIW | Document editing                                                                                                  | 0.60  |
| 3/5/2012   | DGA | Continue to revise brief per discussion with AB; prepare appendix; t/c w/ AB re: same                             | 5.80  |
| 3/6/2012   | DGA | Finalize brief and prepare for filing                                                                             | 6.40  |
|            | PIW | appeal review                                                                                                     | 1.60  |
| 3/7/2012   | DGA | Review final copies of brief; draft affidavits of service and cover letter; disc. w/ file clerk                   | 2.10  |
|            | LM  | Copied and bound documents; fedex'ed documents.                                                                   | 2.00  |

Nicholas Fitzgerald                                                                                     Page    5

|            |     |                                                                                                            | Hours |
|------------|-----|------------------------------------------------------------------------------------------------------------|-------|
| 4/3/2012   | DGA | T/c w/ AB re: oral argument form; t/c w/ NJ AD re: same; draft form and arrange for distribution/filing    | 0.60  |
| 6/25/2012  | ROM | Attention to opinion from court; attention to email from A. bellin                                         | 0.50  |
| 8/14/2012  | ROM | Discussion with A. Bellin; Research re: 8th Circuit Amicus                                                 | 4.00  |
| 8/15/2012  | PIW | print out case law                                                                                         | 0.30  |
|            | ROM | Drafting amicus brief; legal research; calls with A. Bellin                                                | 6.50  |
| 8/16/2012  | ROM | Drafting amicus brief                                                                                      | 6.60  |
| 8/17/2012  | ROM | Drafting amicus brief                                                                                      | 4.00  |
| 8/20/2012  | ROM | Revisions to amicus brief                                                                                  | 3.50  |
| 8/21/2012  | ROM | Drafting and revising amicus brief                                                                         | 4.40  |
| 8/22/2012  | PIW | electronic filing                                                                                          | 0.40  |
| 9/7/2012   | ROM | At request of A. Bellin, review of 6th Circuit case and analysis.                                          | 1.00  |
| 2/26/2013  | ROM | Meeting with Bellin; drafting motion in opposition to certification; reviewing arguments in opposing papers | 4.20  |
| 2/28/2013  | ROM | Drafting opposition to certification motion                                                                | 4.60  |
| 3/1/2013   | ROM | Drafting opposition motion                                                                                 | 1.10  |
| 3/6/2013   | ROM | Draft/revise motion opposing certification.                                                                | 1.00  |
| 3/7/2013   | ROM | Drafting opposition for leave to oppose                                                                    | 4.70  |
| 3/11/2013  | PIW | prepare and deliver package to UPS                                                                         | 1.90  |
| 3/12/2013  | ROM | Finalize draft of motion opposing certification.                                                           | 2.20  |
| 5/10/2013  | ROM | Review of NJ supreme Court decision and call with AB.                                                      | 1.00  |
| 5/17/2013  | JME | Settlement meeting with opp counsel and Aytan and Raffi; confs and emails with Aytan thereafter            | 2.50  |
|            | PIW | scan documents                                                                                             | 0.20  |
|            | ROM | Meeting with Allyn Lite and Meeting with Aytan Bellin                                                      | 1.50  |
| 7/25/2013  | HSZ | Review IC financial statements.                                                                            | 0.30  |
| 9/10/2013  | JME | Reviewing Rule 26(f)                                                                                       | 1.00  |

Nicholas Fitzgerald                                                                                              Page    6

|  |  |  | Hours |
|---|---|---|---|
| 9/17/2013 | ASH | Speak with E. Breslin re: list of potential mediators; review mediator resumes and rank choices. | 1.00 |
| 9/25/2013 | ASH | Speak with opposing counsel re: agreeing on a mediator to submit to the court. | 0.30 |
|  | JME | reviewing letter to Magistrate; list of mediators; responding to emails | 0.50 |
| 10/3/2013 | JME | t/c with Aytan regarding settlement | 0.60 |
| 10/22/2013 | ASH | Draft mediation statement and correspond re: same. | 3.50 |
| 10/23/2013 | ASH | Finalize mediation statement and correspond re: same; correspond with opposing counsel re: status of defendants' insurers. | 1.50 |
| 11/21/2013 | ASH | Legal research re: class certification in FCPA suits. | 0.50 |
|  | JME | Mediation in New Jersey | 8.00 |
| 12/18/2013 | JME | Attending mediation | 5.00 |
| 12/19/2013 | JME | Revising letter to mediator | 2.00 |
| 12/20/2013 | ASH | Legal research for fee application. | 4.00 |
|  | JME | Revising letter to mediator | 1.00 |
| 12/23/2013 | ASH | Legal research for fee application. | 6.80 |
| 1/7/2014 | JME | Conf call with court on schedule for motions to approve settlement and award fee; t/c with Aytan about same | 0.50 |
| 1/28/2014 | ASH | Review proposed settlement papers; speak with A. Bellin re: same.  Redline proposed settlement papers. | 1.00 |
| 2/4/2014 | ASH | Speak with A. Bellin, revise settlement agreement. | 1.00 |
| 2/19/2014 | ASH | Legal research for motion for preliminary approval of class settlement and class certification. | 6.00 |
| 2/20/2014 | ASH | Legal research for motion for preliminary approval of class settlement and class certification. | 7.20 |
| 2/21/2014 | ASH | Draft motion for preliminary approval of class settlement and class certification. | 6.20 |
| 2/24/2014 | ASH | Draft motion for preliminary approval of class settlement and class certification. | 4.60 |
| 2/25/2014 | ASH | Draft motion for preliminary approval of class settlement and class certification. | 5.50 |
| 2/26/2014 | ASH | Draft motion for preliminary approval of class settlement and class certification; draft revised proposed scheduling order on briefing and correspond with opposing counsel re: same. | 4.50 |

Nicholas Fitzgerald                                                                                                  Page     7

| Date | | Description | Hours |
|---|---|---|---|
| 2/27/2014 | ASH | Revise motion for preliminary approval of class settlement and class certification. | 4.00 |
| 3/4/2014 | ASH | Speak with A. Bellin re: brief in support of motion for certification of settlement class etc., revise brief. | 2.30 |
| 3/5/2014 | ASH | Legal research for, and revise, brief in support of motion for certification of settlement class. | 8.50 |
| 3/6/2014 | ASH | Legal research for, and revise, brief in support of motion for certification of settlement class. | 2.40 |
| 3/7/2014 | ASH | Legal research for, and revise, brief in support of motion for certification of settlement class. | 5.00 |
| 3/10/2014 | ASH | Legal research for, and revise, brief in support of motion for certification of settlement class; draft supplemental papers including declarations, notice of motion and proposed order. | 6.80 |
| 3/11/2014 | ASH | Revise brief and correspondence re same: | 3.00 |
| 3/12/2014 | ASH | Revise and finalize all papers on motion for certification of settlement class; draft motion for permission to file oversize brief. | 7.50 |
| | PIW | preparation and electronic filing of motion papers | 3.90 |
| 3/13/2014 | PIW | preparation of hard copies of motion papers | 2.90 |
| 3/31/2014 | ASH | Review order preliminary approving settlement distributed by opposing counsel and correspond re: same. | 0.80 |
| 4/1/2014 | ASH | Legal research regarding attorney's fees for reply brief, including cases that opposing counsel has sought fees. | 3.00 |
| 4/2/2014 | ASH | Review draft order proposed by opposing counsel and correspond re: same. | 1.00 |
| 4/28/2014 | ASH | Review order preliminarily approving settlement; correspond with claims administrator and co-counsel regarding same. | 1.00 |
| 4/29/2014 | ASH | Draft to-do list of key dates and tasks pursuant to order preliminarily approving settlement and correspond re: A. Bellin and JME re: same; draft letter to Judge McNulty re: conflict of final fairness hearing date with Sukkot. | 1.40 |
| 9/8/2014 | ASH | Draft motion for attorney's fees and incentive award for plaintiff and supporting documents. | 1.00 |
| 9/15/2014 | ASH | Draft motion for final approval of settlement and attorney's fees and supporting papers. | 7.00 |
| 9/16/2014 | ASH | Correspond with A. Bellin re: motion papers; speak with Claims Administrator re: response from class: revise motion for final approval of settlement and attorney's fees and supporting papers. | 6.00 |

Nicholas Fitzgerald                                                                                          Page     8

|  |  |  | Hours |
|---|---|---|---|
| 9/17/2014 ASH | Correspond with A. Bellin re: motion papers; email with Claims Administrator re: response from class and email with opposing counsel re: Gann's sending notice to the class: revise motion for final approval of settlement and attorney's fees and supporting papers and legal research for same. | | 6.80 |
| 9/18/2014 ASH | Finalize motion papers for filing and cite check brief, draft motion to file oversize brief. | | 5.00 |

|  |  |  | Amount |
|---|---|---|---|
|  | For professional services rendered | 413.00 | $137,478.50 |

Disbursements and other charges:

| | |
|---|---|
| Counsel Fees | 2,637.50 |
| Court Documents Research | 54.52 |
| Court Filing Fees | 574.00 |
| Federal Express | 350.60 |
| Filing Fees | 535.00 |
| Mediator Fee | 2,000.00 |
| Process Service Fees | 1,512.50 |
| Reproduction (outside vendors) | 527.49 |
| Transcript Costs | 483.64 |
| Transportation | 2,167.00 |
| Travel Expenses | 22.01 |
| Westlaw-Legal Research | 4,565.73 |
| Total disbursements | $15,429.99 |
| Subtotal | $152,908.49 |
| Total Amount Due | $152,908.49 |

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jeffrey M. Eilender | 21.60 | 475.00 | $10,260.00 |
| Hillary S. Zilz | 0.30 | 450.00 | $135.00 |
| Andrew S. Harris | 126.10 | 375.00 | $47,287.50 |
| Niall D. O'Murchadha | 2.80 | 400.00 | $1,120.00 |
| Raffi O. Melkonian | 50.80 | 350.00 | $17,780.00 |
| David G. Abrams | 170.30 | 325.00 | $55,347.50 |
| Amelia C. Hritz | 0.30 | 135.00 | $40.50 |
| Jae-Hee H. Honey | 3.80 | 135.00 | $513.00 |
| Julia H. Sear | 12.00 | 135.00 | $1,620.00 |
| Leonardo Moauro | 7.00 | 135.00 | $945.00 |
| Peter I. Willumsen | 12.70 | 135.00 | $1,714.50 |
| Cullen Byrne | 5.30 | 135.00 | $715.50 |