Slip Type: Expense
286561                    EXP                         Expenses                          1         65.80      65.80
  6/30/2011                                           $Westlaw
  WIP                                                 SS&D/J.Fax - Gann La
  Westlaw Legal Research

                                                      Cullen

| | | | | |
|---|---|---|---|---|
| 9/18/2014 | | Schlam Stone & Dolan LLP | | |
| 10:54 AM | | Slip Listing | | Page    20 |

| Slip ID | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | Reference | | | |
| 373595 | TIME | Andrew S. Harris | 1.00 | 375.00 | 375.00 |
| 9/8/2014 | | General | 0.00 | C@5 | |
| WIP | | SS&D/J.Fax - Gann La | | | |
| Draft motion for attorney's fees and incentive award for plaintiff and supporting documents. | | | | | |
| 373881 | TIME | Andrew S. Harris | 7.00 | 375.00 | 2625.00 |
| 9/15/2014 | | General | 0.00 | C@5 | |
| WIP | | SS&D/J.Fax - Gann La | | | |
| Draft motion for final approval of settlement and attorney's fees and supporting papers. | | | | | |
| 373883 | TIME | Andrew S. Harris | 6.00 | 375.00 | 2250.00 |
| 9/16/2014 | | General | 0.00 | C@5 | |
| WIP | | SS&D/J.Fax - Gann La | | | |
| Correspond with A. Bellin re: motion papers; speak with Claims Administrator re: response from class: revise motion for final approval of settlement and attorney's fees and supporting papers. | | | | | |
| 373884 | TIME | Andrew S. Harris | 6.80 | 375.00 | 2550.00 |
| 9/17/2014 | | General | 0.00 | C@5 | |
| WIP | | SS&D/J.Fax - Gann La | | | |
| Correspond with A. Bellin re: motion papers; email with Claims Administrator re: response from class and email with opposing counsel re: Gann's sending notice to the class: revise motion for final approval of settlement and attorney's fees and supporting papers and legal research for same. | | | | | |
| 373885 | TIME | Andrew S. Harris | 5.00 | 375.00 | 1875.00 |
| 9/18/2014 | | General | 0.00 | C@5 | |
| WIP | | SS&D/J.Fax - Gann La | | | |
| Finalize motion papers for filing and cite check brief, draft motion to file oversize brief. | | | | | |

| Total: Time | | | | |
|---|---|---|---|---|
| | Billable | 414.00 | | 137953.50 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 414.00 | | 137953.50 |

Slip Type: Expense

| Slip ID | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 286561 | EXP | Expenses | 1 | 65.80 | 65.80 |
| 6/30/2011 | | $Westlaw | | | |
| WIP | | SS&D/J.Fax - Gann La | | | |
| Westlaw Legal Research | | | | | |
| | | Cullen | | | |

9/18/2014  
10:54 AM

Schlam Stone & Dolan LLP  
Slip Listing

Page    21

| Slip ID<br>　Dates and Time<br>　Posting Status<br>　Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 289606<br>　8/16/2011<br>　WIP<br>　Process Service | EXP | Expenses<br>$Process Fee<br>SS&D/J.Fax - Gann La<br><br>Legalease | 1 | 435.00 | 435.00 |
| 289604<br>　8/17/2011<br>　WIP<br>　Court Filing Fees | EXP | Expenses<br>$Filing<br>SS&D/J.Fax - Gann La<br><br>Legalease | 1 | 235.00 | 235.00 |
| 290458<br>　8/22/2011<br>　WIP<br>　Federal Express | EXP | Expenses<br>$FedEx<br>SS&D/J.Fax - Gann La<br><br>8/15 | 1 | 24.34 | 24.34 |
| 290457<br>　8/22/2011<br>　WIP<br>　Federal Express | EXP | Expenses<br>$FedEx<br>SS&D/J.Fax - Gann La<br><br>8/15 | 1 | 13.34 | 13.34 |
| 290460<br>　8/22/2011<br>　WIP<br>　Federal Express | EXP | Expenses<br>$FedEx<br>SS&D/J.Fax - Gann La<br><br>8/15 | 1 | 13.34 | 13.34 |
| 290475<br>　8/26/2011<br>　WIP<br>　Process Service | EXP | Expenses<br>$Process Fee<br>SS&D/J.Fax - Gann La<br><br>Legalease | 1 | 507.50 | 507.50 |
| 291917<br>　8/31/2011<br>　WIP<br>　Westlaw Legal Research | EXP | Expenses<br>$Westlaw<br>SS&D/J.Fax - Gann La | 1 | 170.67 | 170.67 |
| 291423<br>　9/5/2011<br>　WIP<br>　Federal Express | EXP | Expenses<br>$FedEx<br>SS&D/J.Fax - Gann La<br><br>8/26 | 1 | 13.34 | 13.34 |

9/18/2014  Schlam Stone & Dolan LLP
10:54 AM  Slip Listing  Page    22

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 291424<br>9/5/2011<br>WIP<br>Federal Express | EXP | Expenses<br>$FedEx<br>SS&D/J.Fax - Gann La<br><br>8/26 | 1 | 13.34 | 13.34 |
| 291425<br>9/5/2011<br>WIP<br>Federal Express | EXP | Expenses<br>$FedEx<br>SS&D/J.Fax - Gann La<br><br>8/26 | 1 | 24.34 | 24.34 |
| 291422<br>9/5/2011<br>WIP<br>Federal Express | EXP | Expenses<br>$FedEx<br>SS&D/J.Fax - Gann La<br><br>8/26 | 1 | 16.50 | 16.50 |
| 292040<br>9/8/2011<br>WIP<br>Court Reporter | EXP | Expenses<br>$Transcript<br>SS&D/J.Fax - Gann La<br><br>ck#15037 King Tr | 1 | 250.00 | 250.00 |
| 291758<br>9/12/2011<br>WIP<br>Federal Express | EXP | Expenses<br>$FedEx<br>SS&D/J.Fax - Gann La<br><br>9/8 | 1 | 49.49 | 49.49 |
| 292249<br>9/26/2011<br>WIP<br>Court Fees | EXP | Expenses<br>$Court Fees<br>SS&D/J.Fax - Gann La<br><br>ck# 15071 | 1 | 150.00 | 150.00 |
| 293789<br>9/30/2011<br>WIP<br>[No description] | EXP | Expenses<br>$Pacer<br>SS&D/J.Fax - Gann La | 1 | 1.36 | 1.36 |
| 294149<br>10/10/2011<br>WIP<br>Federal Express | EXP | Expenses<br>$FedEx<br>SS&D/J.Fax - Gann La<br><br>10/3 | 1 | 13.28 | 13.28 |

9/18/2014　　　　　　　　　　　　　Schlam Stone & Dolan LLP
10:54 AM　　　　　　　　　　　　　　　Slip Listing　　　　　　　　　　　　　　　　Page　　23

| Slip ID / Dates and Time / Posting Status / Description | | Attorney / Activity / Client / Reference | Units DNB Time | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|
| 294148　　　　　　　10/10/2011　　　　　　　WIP　　　　　　　Federal Express | EXP | Expenses $FedEx SS&D/J.Fax - Gann La 10/3 | 1 | 13.28 | 13.28 |
| 294344　　　　　　　10/13/2011　　　　　　　WIP　　　　　　　Court Filing Fees | EXP | Expenses $Filing SS&D/J.Fax - Gann La Legalease | 1 | 300.00 | 300.00 |
| 298191　　　　　　　10/31/2011　　　　　　　WIP　　　　　　　Westlaw Legal Research | EXP | Expenses $Westlaw SS&D/J.Fax - Gann La | 1 | 169.12 | 169.12 |
| 296483　　　　　　　11/7/2011　　　　　　　WIP　　　　　　　Court Reporter | EXP | Expenses $Transcript SS&D/J.Fax - Gann La ck# 15137 | 1 | 233.64 | 233.64 |
| 296652　　　　　　　11/14/2011　　　　　　　WIP　　　　　　　Federal Express | EXP | Expenses $FedEx SS&D/J.Fax - Gann La 11/8 | 1 | 13.22 | 13.22 |
| 298405　　　　　　　11/16/2011　　　　　　　WIP　　　　　　　Transportation | EXP | Expenses $Transportation SS&D/J.Fax - Gann La JME Amex | 1 | 276.00 | 276.00 |
| 298971　　　　　　　11/30/2011　　　　　　　WIP　　　　　　　Westlaw Legal Research | EXP | Expenses $Westlaw SS&D/J.Fax - Gann La | 1 | 275.01 | 275.01 |
| 298949　　　　　　　12/12/2011　　　　　　　WIP　　　　　　　Federal Express | EXP | Expenses $FedEx SS&D/J.Fax - Gann La 12/2 | 1 | 17.78 | 17.78 |

| 9/18/2014 | | Schlam Stone & Dolan LLP | | | |
| 10:54 AM | | Slip Listing | | | Page    24 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 300508<br>  12/31/2011<br>  WIP<br>  [No description] | EXP | Expenses<br>$Pacer<br>SS&D/J.Fax - Gann La | 1 | 16.96 | 16.96 |
| 303315<br>  12/31/2011<br>  WIP<br>  Westlaw Legal Research | EXP | Expenses<br>$Westlaw<br>SS&D/J.Fax - Gann La | 1 | 10.21 | 10.21 |
| 300970<br>  1/9/2012<br>  WIP<br>  Federal Express | EXP | Expenses<br>$FedEx<br>SS&D/J.Fax - Gann La<br><br>1/3 | 1 | 19.84 | 19.84 |
| 302880<br>  1/23/2012<br>  WIP<br>  Federal Express | EXP | Expenses<br>$FedEx<br>SS&D/J.Fax - Gann La<br><br>1/19 | 1 | 13.77 | 13.77 |
| 305513<br>  1/31/2012<br>  WIP<br>  Westlaw Legal Research | EXP | Expenses<br>$Westlaw<br>SS&D/J.Fax - Gann La | 1 | 114.57 | 114.57 |
| 306128<br>  2/29/2012<br>  WIP<br>  Westlaw Legal Research | EXP | Expenses<br>$Westlaw<br>SS&D/J.Fax - Gann La | 1 | 93.93 | 93.93 |
| 305701<br>  3/8/2012<br>  WIP<br>  Process Service | EXP | Expenses<br>$Process Fee<br>SS&D/J.Fax - Gann La<br><br>LegalEase | 1 | 570.00 | 570.00 |
| 306012<br>  3/12/2012<br>  WIP<br>  Federal Express | EXP | Expenses<br>$FedEx<br>SS&D/J.Fax - Gann La<br><br>3/7 | 1 | 18.15 | 18.15 |

9/18/2014  
10:54 AM

Schlam Stone & Dolan LLP  
Slip Listing

Page   25

| Slip ID / Dates and Time / Posting Status / Description | | Attorney / Activity / Client / Reference | Units / DNB Time | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|
| 311265<br>3/31/2012<br>WIP<br>Westlaw Legal Research | EXP | Expenses<br>$Westlaw<br>SS&D/J.Fax - Gann La | 1 | 115.51 | 115.51 |
| 308557<br>4/9/2012<br>WIP<br>Federal Express | EXP | Expenses<br>$FedEx<br>SS&D/J.Fax - Gann La<br>4/3 | 1 | 13.90 | 13.90 |
| 320654<br>8/31/2012<br>WIP<br>Westlaw Legal Research | EXP | Expenses<br>$Westlaw<br>SS&D/J.Fax - Gann La | 1 | 79.73 | 79.73 |
| 320651<br>8/31/2012<br>WIP<br>Westlaw Legal Research | EXP | Expenses<br>$Westlaw<br>SS&D/J.Fax - Gann La | 1 | 1603.59 | 1603.59 |
| 320650<br>8/31/2012<br>WIP<br>Westlaw Legal Research | EXP | Expenses<br>$Westlaw<br>SS&D/J.Fax - Gann La | 1 | 837.09 | 837.09 |
| 332831<br>2/28/2013<br>WIP<br>Westlaw Legal Research | EXP | Expenses<br>$Westlaw<br>SS&D/J.Fax - Gann La | 1 | 225.02 | 225.02 |
| 333305<br>3/18/2013<br>WIP<br>Federal Express | EXP | Expenses<br>$FedEx<br>SS&D/J.Fax - Gann La<br>3/11 | 1 | 19.51 | 19.51 |
| 333304<br>3/18/2013<br>WIP<br>Federal Express | EXP | Expenses<br>$FedEx<br>SS&D/J.Fax - Gann La<br>3/11 | 1 | 21.36 | 21.36 |
| 335042<br>3/31/2013<br>WIP<br>[No description] | EXP | Expenses<br>$Pacer<br>SS&D/J.Fax - Gann La | 1 | 1.40 | 1.40 |

| 9/18/2014 | | Schlam Stone & Dolan LLP | | | |
| 10:54 AM | | Slip Listing | | | Page 26 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 341226<br>6/28/2013<br>WIP<br>Copying Charges | EXP | Expenses<br>$Reproduction<br>SS&D/J.Fax - Gann La<br><br>Press of Fremont | 1 | 527.49 | 527.49 |
| 345842<br>7/16/2013<br>WIP<br>Transportation | EXP | Expenses<br>$Transportation<br>SS&D/J.Fax - Gann La<br><br>JME Amex | 1 | 240.00 | 240.00 |
| 353209<br>10/16/2013<br>WIP<br>Transportation | EXP | Expenses<br>$Transportation<br>SS&D/J.Fax - Gann La<br><br>JME Amex | 1 | 240.00 | 240.00 |
| 353279<br>11/27/2013<br>WIP<br>Co-Counsel Fees | EXP | Expenses<br>$Co-counsel<br>SS&D/J.Fax - Gann La<br><br>Corodemus&C | 1 | 2637.50 | 2637.50 |
| 359619<br>12/16/2013<br>WIP<br>Transportation | EXP | Expenses<br>$Transportation<br>SS&D/J.Fax - Gann La<br><br>JME Amex | 1 | 240.00 | 240.00 |
| 355253<br>12/19/2013<br>WIP<br>Mediator Fee | EXP | Expenses<br>$Mediator Fee<br>SS&D/J.Fax - Gann La<br><br>Corodemus & Coro | 1 | 2000.00 | 2000.00 |
| 357851<br>12/31/2013<br>WIP<br>Westlaw Legal Research | EXP | Expenses<br>$Westlaw<br>SS&D/J.Fax - Gann La | 1 | 298.73 | 298.73 |
| 359631<br>1/16/2014<br>WIP<br>Transportation | EXP | Expenses<br>$Transportation<br>SS&D/J.Fax - Gann La<br><br>JME Amex | 1 | 430.00 | 430.00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/18/2014 | | Schlam Stone & Dolan LLP | | | |
| 10:54 AM | | Slip Listing | | Page | 27 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 359628<br>1/16/2014<br>WIP<br>Travel Expenses | EXP | Expenses<br>$Travel Expense<br>SS&D/J.Fax - Gann La<br><br>JME Amex | 1 | 22.01 | 22.01 |
| 359532<br>2/16/2014<br>WIP<br>Transportation | EXP | Expenses<br>$Transportation<br>SS&D/J.Fax - Gann La<br><br>JME Amex | 1 | 120.00 | 120.00 |
| 367225<br>3/18/2014<br>WIP<br>Transportation | EXP | Expenses<br>$Transportation<br>SS&D/J.Fax - Gann La<br><br>JME Amex | 1 | 130.00 | 130.00 |
| 362382<br>3/31/2014<br>WIP<br>Westlaw Legal Research | EXP | Expenses<br>$Westlaw<br>SS&D/J.Fax - Gann La | 1 | 451.44 | 451.44 |
| 361999<br>3/31/2014<br>WIP<br>[No description] | EXP | Expenses<br>$Pacer<br>SS&D/J.Fax - Gann La | 1 | 34.80 | 34.80 |
| 361859<br>4/1/2014<br>WIP<br>Court Fees | EXP | Expenses<br>$Court Fees<br>SS&D/J.Fax - Gann La<br><br>ck#78046 NJlawye | 2 | 212.00 | 424.00 |
| 362083<br>4/14/2014<br>WIP<br>Federal Express | EXP | Expenses<br>$FedEx<br>SS&D/J.Fax - Gann La<br><br>4/9 | 1 | 18.48 | 18.48 |
| 367233<br>4/17/2014<br>WIP<br>Transportation | EXP | Expenses<br>$Transportation<br>SS&D/J.Fax - Gann La<br><br>JME Amex | 1 | 251.00 | 251.00 |

| 9/18/2014 | | Schlam Stone & Dolan LLP | | | |
|---|---|---|---|---|---|
| 10:54 AM | | Slip Listing | | Page | 28 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 364380<br>4/30/2014<br>WIP<br>Westlaw Legal Research | EXP | Expenses<br>$Westlaw<br>SS&D/J.Fax - Gann La | 1 | 55.31 | 55.31 |
| 367211<br>5/17/2014<br>WIP<br>Transportation | EXP | Expenses<br>$Transportation<br>SS&D/J.Fax - Gann La<br><br>JME Amex | 1 | 240.00 | 240.00 |

| Total: Expense | | | |
|---|---|---|---|
| | Billable | 0.00 | 15429.99 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 0.00 | 15429.99 |

| Grand Total | | | |
|---|---|---|---|
| | Billable | 414.00 | 153383.49 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 414.00 | 153383.49 |