UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**NICHOLAS FITZGERALD,** on behalf of himself and all others similarly situated**,**

                    Plaintiff,

        -v.-

**GANN LAW BOOKS, INC., GANN LEGAL EDUCATION FOUNDATION, INC. AND MICHAEL PROTZEL,**

                    Defendants.

Civil Action

11-CV-04287 (KM)(MCA)

**ORDER**

      **THIS MATTER** having been presented to the Court on Notice of Motion of Plaintiff Nicholas Fitzgerald moved for an Order:  (1) finally approving the Class Settlement; (2) approving the Class attorneys' application for fees, costs and expenses, and (3) approving an incentive award for Plaintiff.

      And the Court having reviewed the written submissions of the parties, and the Court having heard oral argument on October 16, 2014, and for good cause shown;

      **IT IS** on this ____ day of _____2014,

      **ORDERED** that Plaintiff's motion is **GRANTED;** and it is

      **FURTHER ORDERED** that: (1) the Class Settlement is finally approved; (2) the Class attorneys are awarded _____in attorney's fees and _____ ___in costs and expenses; and (3)  Plaintiff is granted an incentive award of _____.

                                      _____
                                      HON. KEVIN McNULTY, U.S.D.J.