

LITE DEPALMA
GREENBERG, LLC

Newark • Chicago • Philadelphia

TWO GATEWAY CENTER, SUITE 1201
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

September 23, 2014

**VIA ECF**
Honorable Kevin McNulty, U.S.D.J.
United States District Court
District of New Jersey
MLK, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, 5th Floor
Newark, New Jersey 07102

    Re:   *Nicholas Fitzgerald v. Gann Law Books, et al.*
          Civil Action No.: 11-4287(KM)(MCA)

Dear Judge McNulty:

    This firm represents defendants in the referenced matter. Plaintiff filed his papers in support of (1) Final Approval of the Class Settlement; (2) Class Attorney's Application for Fees, Costs and Expenses; and (3) an Incentive Award for Plaintiff, on September 18, 2014 (ECF No. 90). In accordance with Local Civil Rule 7.1(d)(2), Defendants propose to file their response 14 days before the scheduled November 13, 2014 Final Approval Hearing. This will allow defendants an opportunity to address any objections that may be filed, which are due 21 days before the Final Approval Hearing.

    If defendants' proposal meets with the Court's approval, we respectfully request that Your Honor so order this letter and have it entered on the docket.

Respectfully,

Mayra V. Tarantino

AZL:emp

cc:   Aytan Y. Bellin, Esq. (via ECF & email)

SO ORDERED THIS 24th DAY OF SEPTEMBER 2014

Hon. Kevin McNulty, U.S.D.J.

437444.1